Chinyere JENKINS, etc.,
et al., Appellants,

v.

STATE OF MISSOURI, et al., Appellees.

No. 96–3870.

United States Court of Appeals,
Eighth Circuit

Sept. 10, 1997.

Appellees' suggestion for rehearing en banc has been considered by the court and is granted as to case No. 96–3870. The court's opinion and judgment entered May 22, 1997, are vacated.

The case is set for oral argument at 2:00 p.m. on Wednesday, October 22, 1997, in the United States Courthouse in St. Paul, Minnesota.

McGRAY CONSTRUCTION COMPANY;
Beaver Insurance Company,
Petitioners,

v.

DIRECTOR, OFFICE OF WORKERS
COMPENSATION PROGRAMS;
Harry Hurston, Respondents.

No. 96–70041.

United States Court of Appeals,
Ninth Circuit.

Sept. 3, 1997.

Before: HUG, Chief Judge, and DAVID R. THOMPSON and KLEINFELD, Circuit Judges.

ORDER WITHDRAWING OPINION

The Petition for Rehearing is GRANTED. The opinion filed May 2, 1997 and published at 112 F.3d 1025 is withdrawn. A new opinion will be filed in due course.